**Jeanne Diane COLLINS, as surviving statutory beneficiary for the wrongful death of Floyd Collins, Plaintiff–Appellant,**

v.

**BAYER CORPORATION, a Pennsylvania corporation, Defendant–Appellee.**

No. 11–11680.

United States Court of Appeals, Eleventh Circuit.

April 24, 2012.

Lowell W. Finson, Phillips & Associates, Phoenix, AZ, for Plaintiff–Appellant.

Patricia E. Lowry, Amy Bloom, Barbara Bolton Litten, Squire Sanders & Dempsey (US), LLP, West Palm Bch, FL, Catherine Marie Valerio Barrad, James Paul Pecht, Christine Kim Son, Sidley Austin, LLP, Los Angeles, CA, Steven E. Derringer, Bartlit Beck Herman Palenchar & Scott, LLP, Eugene Schoon, Sidley Austin, LLP, Chicago, IL, John S. Phillips, Bartlit Beck Herman, Denver, CO, Daniel G. Wyllie, Dykema Gossett, PLLC, Detroit, MI, for Defendant–Appellee.

Before HULL and COX, Circuit Judges, and BOWEN,* District Judge.

PER CURIAM:

After review and oral argument before this Court, we conclude that Plaintiff–Appellant Jeanne Diane Collins has shown no reversible error in the district court's order, dated 31 January 2011, granting summary judgment in favor of Defendant–Appellee Bayer Corporation ("Bayer"). Collins has also shown no abuse of discretion in the district court's order, dated 17 March 2011, denying Collins's 11 February 2011 motion for either a *Daubert* hearing or appointment of an independent expert witness, which motion was filed after the court's ruling on Bayer's summary judgment motion.

Among other things, the district court did not abuse its discretion in excluding the expert opinions of Dr. Toback and Dr. Ahmed, for the reasons outlined in the district court's summary judgment order.

The district court did not err in granting summary judgment in favor of Bayer on

---

* The Honorable Dudley H. Bowen, Jr., United States District Judge for the Southern District of Georgia, sitting by designation.

Collins's products liability, personal injury, and unfair competition and false advertising claims, because Collins lacked evidence as to causation.

**AFFIRMED.**